UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL FELIPE ARTIME, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | 24-CV-2061 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

WHEREAS on March 19, 2024, Plaintiff filed a complaint for an action of mandamus, ECF No. 1, and on April 5, 2024, counsel for Defendants appeared, ECF No. 15;

IT IS HEREBY **ORDERED** that by **April 30, 2024**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. The Government shall, by **May 21, 2024**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. Plaintiff shall, by **June 4, 2024**, file any reply memorandum that shall not exceed <u>eight</u> pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: April 8, 2024
       New York, New York

_____
DALE E. HO
United States District Judge